CINCINNATI BAR ASSOCIATION *v.* DEARDORFF.

[Cite as *Cincinnati Bar Assn. v. Deardorff* (1999), 86 Ohio St.3d 1204.]

(No. 98–377—Submitted and decided June 29, 1999.)

For earlier case, see *Cincinnati Bar Assn. v. Deardorff* (1998), 84 Ohio St.3d 85, 702 N.E.2d 59.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.